3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN

Case:2:10-cr-20391
Judge: Hood, Denise Page
MJ: Majzoub, Mona K
Filed: 06-18-2010 At 04:44 PM
INFO USA V ANDREW BLACKMON (LG)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HONORABLE:

VIOLATION: 29 U.S.C. § 439(c)

D-1   ANDREW BLACKMON

    Defendant.

_____/

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**Count One**
(29 USC 439(c) - False Entry in Records)

On about December 20, 2007, in the Eastern District of Michigan, Southern Division, defendant ANDREW BLACKMON, who was then the president of United Steelworkers of America Local 842, willfully made a false entry on the check stub for Local 842 check number 5119237, which check defendant BLACKMON had caused to be issued to himself in the amount of $2000. That is, on the check stub defendant recorded the reason for the check as "union members' appreciation," when in fact, defendant BLACKMON unlawfully used the majority of

the check proceeds for his personal benefit. This check stub was required to be maintained according to the provisions of Title 29, United States Code.

All in violation of Title 29, United States Code, Section 439(c).

BARBARA L. McQUADE
United States Attorney


s/LYNN HELLAND
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
Telephone: 313-226-9730
Email: lynn.helland@usdoj.gov
Bar No.: P32192

Dated: June 18, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:10-cr-20391<br>Judge: Hood, Denise Page<br>MJ: Majzoub, Mona K<br>Filed: 06-18-2010 At 04:44 PM<br>INFO USA V ANDREW BLACKMON (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ■ No | AUSA's Initials: |

Case Title: USA v. ANDREW BLACKMON

County where offense occurred : WAYNE

Check One:    ☐ Felony    ■ Misdemeanor    ☐ Petty

    X   Information --- no prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____  Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 18, 2010
    Date

*[signature]*
LYNN A. HELLAND
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9730
Fax: (313) 226-3413
E-Mail address: lynn.helland@usdoj.gov
Attorney Bar #: P32192

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09